

PROSKAUER ROSE LLP
Joseph Baumgarten (JB-7215)
Jeremy Brown (JB-7652)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
 Bank of America, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KIMBERLEY MCGRAW EUSTON,

           Plaintiff,

    v.

BANK OF AMERICA, N.A.,

           Defendant.

------------------------------------x

Civil Action No.: 04-CV 02923 (VM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein that the above-captioned matter be and hereby is dismissed with prejudice and without attorney's fees or costs to either party.

PROSKAUER ROSE LLP

By: _____
Joseph Baumgarten (JB-7215)

1585 Broadway
New York, New York 10036-8299
(212) 969-3000
Attorneys for Defendant

-1-

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.

By: _____
Anne Vladeck (AV-4857)

1501 Broadway
New York, New York 10036
(212) 403-7300
Attorneys for Plaintiff

SO ORDERED: _____   Dated: 9 September 2004
U.S.D.J.
**Victor Marrero**